**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINKA LIGHTING, INC., | Case No. EDCV 10-00332 VAP(OPx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| PORTA ROMANA LTD. A/K/A PORTA ROMANA, | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

Dated: July 13, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm